CHARLES MANDEL et al., Respondents, v. B. T. MANAGEMENT CORP. et al., Appellants

Concur — Eager, J. P., Rabin, McNally and Witmer, JJ.

ROBERTA SIEBURT, Respondent, v. IRENE KANTER, as the Mother and Natural Guardian of GLORIA GERSHONOWITZ, an Infant, Appellant, and METRO-

POLITAN LIFE INSURANCE COMPANY, Respondent.

Concur — Botein, P. J., Stevens, Capozzoli, Tilzer and McNally, JJ.